## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LASHONDA ROBINSON AND<br>JASSARIE SIERRA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FREEDOM HOME HEALTHCARE, INC.,<br>TARA SMITH-KEELER, CHRISTINA<br>SANCHEZ, JOSEPH ANGELOSANTE,<br>BARBARA S. LONDON,<br><br>    Defendants. | Civil Action No.: 2:18-cv-09079-ES-CLW |

**JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT**

Defendants Freedom Home Healthcare, Inc., Tara Smith-Keeler, Christina Sanchez, Joseph Angelosante and Barbra S. London (together, the "Defendants") and Plaintiffs Lashonda Robinson and Jassarie Sierra (together, the "Plaintiffs") (together, the "Parties") through their undersigned attorneys, file this Joint Motion for Approval of the Parties' Settlement Agreement and in support thereof will rely upon the enclosed Memorandum of Law, Declaration of Counsel with Exhibit "A" and Proposed Order.

The Joint Motion will be returnable on May 6, 2019.

Respectfully submitted,

| | |
|---|---|
| s/ Anthony Rainone | s/ Alexander Nemiroff |
| Anthony Rainone, Esq. | Alexander Nemiroff, Esq. |
| Kelley Rutkowski, Esq. | H. Matthew Taylor, Esq. |
| BRACH EICHLER, LLC | GORDON REES SCULLY |
| 101 Eisenhower Parkway | MANSUKHANI, LLP |
| Roseland, NJ 07068 | Three Logan Square |
| arainone@bracheichler.com | 1717 Arch Street, Suite 610 |
| krutkowski@bracheichler.com | Philadelphia, PA 19103 |
| Attorneys for Plaintiffs | anemiroff@grsm.com |
| | hmtaylor@grsm.com |
| | Attorneys Defendants |

## **CERTIFICATE OF SERVICE**

I, Alexander Nemiroff, hereby certify that on this 3rd day of April, 2019, a copy of the foregoing was served electronically via CM/ECF system to all counsel of record.

s/ Alexander Nemiroff
ALEXANDER NEMIROFF
