UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LASHONDA ROBINSON AND JASSARIE SIERRA, *et al.*, | : |
| | : Civil Action No.: 2:18-cv-09079-ES-CLW |
| Plaintiffs, | : |
| v. | : |
| FREEDOM HOME HEALTHCARE, INC., TARA SMITH-KEELER, CHRISTINA SANCHEZ, JOSEPH ANGELOSANTE, BARBARA S. LONDON, | : |
| Defendants. | : |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT

This matter comes before the Court upon the Joint Motion of Defendants Freedom Home Healthcare, Inc., Tara Smith-Keeler, Christina Sanchez, Joseph Angelosante and Barbara S. London (together, the "Defendants") and Plaintiffs Lashonda Robinson and Jassarie Sierra (collectively, the "Plaintiffs") (together, the "Parties"), to approve the Parties' settlement.

IT IS on this 14th day of June, 2019,

ORDERED that the Joint Motion for Approval of the Parties' Settlement Agreement is GRANTED as to all of the terms of the Agreement.

SO ORDERED.

_____
HON. ESTHER SALAS, U.S.D.J.